## JOINT STATEMENT OF THE CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Kenneth Hampton, through his counsel, hereby submit the following proposed joint statement of the case:

This is a criminal case. Kenneth Hampton is the defendant in this case. The Government alleges that the Defendant has been convicted of a crime punishable by more than one year in prison and is thus prohibited by federal and D.C. law from possessing a firearm.[1] The Defendant is alleged to have conspired with one or more individuals to distribute fentanyl, oxycodone, and marijuana over a multi-year period. On October 31, 2022, in connection with an investigation into the Defendant's and others' alleged drug trafficking, law enforcement officers executed a federal search warrant at 1160 First Street NE, Apartment 826, a two-bedroom apartment, which is located in the District of Columbia.

Upon executing that warrant, law enforcement officers found fentanyl, oxycodone, and marijuana, in various quantities, as well as drug paraphernalia, firearms, ammunition, magazines, firearms accessories, and U.S. currency. The Defendant was also found in the residence, along with one other individual. While the agents were searching the apartment, a third individual, who lived in one of the bedrooms, returned to the apartment.

The Defendant is charged by way of indictment with different counts of Conspiring to Distribute and Possess Controlled Substances; Unlawfully Possessing Controlled Substances with the Intent to Distribute them; Possessing a Firearm During and in Furtherance of a Drug Trafficking Crime; and of being a Felon in Possession of a Firearm. The Defendant has entered a plea of not guilty to all charges.

---

[1] The parties agree that this sentence may possibly be omitted after the Court's pre-trial rulings.