UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 22-cr-357 (APM) |
| KENNETH HAMPTON, | : |
| Defendant. | : |

## JURY VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### COUNT ONE

How do you find Defendant Kenneth Hampton on the charge of conspiring to distribute and possess with intent to distribute a controlled substance from in or about September 2021 and continuing thereafter to and including October 31, 2022?

Object 1: Distribute a Controlled Substance

 ✓ Guilty _____ Not Guilty

Object 2: Possession with Intent to Distribute a Controlled Substance

 ✓ Guilty _____ Not Guilty

If you answered Guilty as to one or more objects above, identify each drug that the Government established beyond a reasonable doubt was reasonably foreseeable by the Defendant to be part of the conspiracy:

Object 1: Distribute a Controlled Substance

(A)  Mixtures and substances containing a detectable amount of fentanyl.

 Proven: _____ Not Proven: ✓

(B)  Mixtures and substances containing a detectable amount of oxycodone.

 Proven: ✓ Not Proven: _____

    (C)    Mixtures and substances containing a detectable amount of marijuana.

**Proven:** ✓             **Not Proven:** _____

Object 2: Possession with Intent to Distribute a Controlled Substance

    (A)    Mixtures and substances containing a detectable amount of fentanyl.

**Proven:** _____             **Not Proven:** ✓

    (B)    Mixtures and substances containing a detectable amount of oxycodone.

**Proven:** ✓             **Not Proven:** _____

    (C)    Mixtures and substances containing a detectable amount of marijuana.

**Proven:** ✓             **Not Proven:** _____

## COUNT TWO

How do you find Defendant Kenneth Hampton on the charge of Unlawful Possession with Intent to Distribute a mixture or substance containing a detectable amount of marijuana on or about October 31, 2022?

    ✓ Guilty             _____ Not Guilty

## COUNT THREE

How do you find Defendant Kenneth Hampton on the charge of Unlawful Possession with Intent to Distribute a mixture or substance containing a detectable amount of oxycodone on or about October 31, 2022?

    ✓ Guilty             _____ Not Guilty

## COUNT FOUR

How do you find Defendant Kenneth Hampton on the charge of Unlawful Possession with Intent to Distribute a mixture or substance containing a detectable amount of fentanyl on or about October 31, 2022?

_____ Guilty          ___✓___ Not Guilty

## COUNT FIVE

With regard to Count Five of the Indictment, only consider this count if you have found Defendant Kenneth Hampton guilty of at least one of Counts One through Four. If you have found the Defendant not guilty on **all** of Counts 1, 2, 3, and 4, then you should not render a verdict on Count Five of the Indictment.

How do you find Defendant Kenneth Hampton on the charge of Unlawful Possession of a Firearm and Ammunition on or about October 31, 2022, in Furtherance of a Drug Trafficking Offense?

___✓___ Guilty          _____ Not Guilty

How do you find Defendant Kenneth Hampton on the charge of Carrying a Firearm and Ammunition on or about October 31, 2022, During and in Relation to a Drug Trafficking Offense?

___✓___ Guilty          _____ Not Guilty

## COUNT SIX

How do you find Defendant Kenneth Hampton on the charge of Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of federal law, on or about October 31, 2022?

_____ Guilty          ___✓___ Not Guilty

If your verdict is Guilty, identify the object(s) that the Government established that Defendant Kenneth Hampton possessed beyond a reasonable doubt:

\_\_\_ 9mm Glock 19 bearing BNEEE121

\_\_\_ One round in the chamber of the 9mm Glock 19 bearing and a magazine containing 16 rounds of 9mm of ammunition

\_\_\_ Both

## COUNT SEVEN

How do you find Defendant Kenneth Hampton on the charge of Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of D.C. Code, on or about October 31, 2022?

_____ Guilty          \_\_\_✓\_\_\_ Not Guilty

If your verdict is Guilty, identify the underlying prior conviction that forms the basis for this count:

\_\_\_ Louisiana unauthorized entry of an inhabited dwelling

\_\_\_ District of Columbia attempted robbery

BY:                                   11/26/24
                                      DATE